OPINION OF THE COURT
 

 Memorandum.
 

 The judgment of the Appellate Division should be reversed, with costs, the determination annulled, and the matter remitted to the Comptroller for further proceedings in accordance with this memorandum.
 

 Petitioner, a fireman employed by the City of Rochester, was injured while exiting a fire truck at normal speed and wearing approved safety shoes, when he caught his right heel on the running board, lost his balance, and came down on his left leg in a pothole. After a hearing, the Comptroller found that the injury was not accidental within the meaning of Retirement and Social Security Law § 363, the hearing officer expressly considering the principles set forth in
 
 Matter of McCambridge v McGuire
 
 (62 NY2d 563) and
 
 Matter of Lichtenstein v Board of Trustees
 
 (57 NY2d 1010).
 

 We conclude that petitioner sustained an accidental injury as a matter of law
 
 (Matter of McCambridge v McGuire, supra).
 
 Catching a heel on a running board and thus losing balance may be a risk of the work performed, but coming down hard upon the other foot in a pothole is not. Thus, it was a sudden,
 
 *748
 
 unexpected event. The Comptroller’s determination should, therefore, be annulled.
 

 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander, Titone and Hancock, Jr., concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), judgment reversed, with costs, determination of the Comptroller annulled and matter remitted to Supreme Court, Albany County, with directions to remand to the Comptroller for further proceedings in accordance with the memorandum herein.